Appeal No. 2018AP152

STATE OF WISCONSIN

Cir. Ct. No. 2010CF269

IN COURT OF APPEALS
DISTRICT III

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

CHASE M.A. BORUCH,

DEFENDANT-APPELLANT.

FILED

July 22, 2020

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Robert R. Russell
Circuit Court Judge
1110 E. Main St.
Merrill, WI 54452

Marie Peterson
Clerk of Circuit Court
Lincoln County Courthouse
1110 E. Main Street, Ste. 205
Merrill, WI 54452

Galen Bayne-Allison
District Attorney
1110 East Main Street
Merrill, WI 54452

Kara Lynn Janson
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

Chase M.A. Boruch 582646
Waupun Correctional Inst.
P.O. Box 351
Waupun, WI 53963-0351

PLEASE TAKE NOTICE that the correction was made to paragraph 24 n.5, in the above-captioned opinion which was released on May 19, 2020. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.